**SEALED**



1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEIZURE OF: ) S.W. NO. 2:12-SW-0093 EFB
)
)
ALL FUNDS MAINTAINED AT BANK OF ) ORDER RE: REQUEST
AMERICA ACCOUNT NUMBER 02520-40113,) TO SEAL DOCUMENTS
HELD IN THE NAME OF DEBORAH A. )
BARNES AND DIVISIDERO 99 CENT )
PLUS STORE, )
)
ALL FUNDS MAINTAINED AT BANK OF )
AMERICA ACCOUNT NUMBER 02690-71631,)
HELD IN THE NAME OF DIVISIDERO 99 )
CENT PLUS STORE, )
)
ALL FUNDS MAINTAINED AT BANK OF )
AMERICA ACCOUNT NUMBER 02527-74822,)
HELD IN THE NAME OF DEBORAH A. )
BARNES AND DIVISIDERO 99 CENT PLUS )
STORE, )
)
ALL FUNDS MAINTAINED AT BANK OF )
AMERICA ACCOUNT NUMBER 02525-43591,)
HELD IN THE NAME OF HERMAN )
KEESE, JR., )
)
ALL FUNDS MAINTAINED AT BANK OF )
AMERICA ACCOUNT NUMBER )
38101854-4882, HELD IN THE NAME )
OF HERMAN KEESE AND DEBORAH BARNES,)
)
2008 CHEVROLET TOW TRUCK, )
VIN: 1GBE5C1908F412857, )
SOUTH CAROLINA LICENSE PLATE )
NUMBER: P400671, )

```
 1  2008 GMC TOW TRUCK,                      )
    VIN: 1GDE5C1918F409165,                  )
 2  SOUTH CAROLINA LICENSE PLATE             )
    NUMBER: P406276,                         )
 3                                           )
    2008 HARLEY DAVIDSON MOTORCYCLE,         )
 4  VIN: 1HD1FC4378Y636113,                  )
    CALIFORNIA LICENSE PLATE                 )
 5  NUMBER: 19N5809,                         )
                                             )
 6  2011 HARLEY DAVIDSON MOTORCYCLE,         )
    VIN: 1HD1KH418BB658493,                  )
 7  SOUTH CAROLINA LICENSE PLATE             )
    NUMBER: ZC37745,                         )
 8                                           )
    2006 DODGE RAM TRUCK,                    )
 9  VIN: 3D7MX48C36G147958,                  )
    SOUTH CAROLINA LICENSE PLATE             )
10  NUMBER: HAS984,                          )
                                             )
11  2007 CHEVROLET CORVETTE,                 )
    VIN: 1G1YY36UX75113970,                  )
12  SOUTH CAROLINA LICENSE PLATE             )
    NUMBER: FPD572,                          )
13                                           )
    2005 INFINITI G35,                       )
14  VIN: JNKCV54E65M420670,                  )
    CALIFORNIA LICENSE PLATE                 )
15  NUMBER: 5YUF420,                         )
                                             )
16  1998 FORD EXPEDITION,                    )
    VIN: 1FMRU1765WLC31944,                  )
17  CALIFORNIA LICENSE PLATE                 )
    NUMBER: 4ZUV568,                         )
18                                           )
              Defendants                     )
19  _____)
```

20      Upon application of the United States of America and good

21 cause having been shown,

22      IT IS HEREBY ORDERED that the seizure warrant and seizure

23 warrant affidavit underlying the seizure warrant in the above-

24 captioned proceeding shall be filed under seal and shall not be

25 disclosed to any person unless otherwise ordered by this Court,

26 ///

27 ///

28 ///

with the exception that a copy of the seizure warrant will be left at the scene of the seizure and with the account holder.

Date: 3-5-2012

EDMUND F. BRENNAN
United States Magistrate Judge