1  BENJAMIN B. WAGNER
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916)554-2700

5  Attorneys for the United States

**FILED**

JUN 15 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | 2:12-SW-00084-EFB |
|---|---|
| | 2:12-SW-00085-EFB |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02520-40113, HELD IN THE NAME OF DEBORAH A. BARNES AND DIVISIDERO 99 CENT PLUS STORE, | 2:12-SW-00086-EFB |
| | 2:12-SW-00087-EFB |
| | 2:12-SW-00088-EFB |
| | 2:12-SW-00089-EFB |
| | 2:12-SW-00091-EFB |
| | 2:12-SW-00092-EFB |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 2690-71631, HELD IN THE NAME OF DIVISIDERO 99 CENT PLUS STORE, | 2:12-SW-00093-EFB |
| | 2:12-SW-00094-EFB |
| | 2:12-SW-00095-EFB |
| | 2:12-SW-00096-EFB |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 02527-74822, HELD IN THE NAME OF DEBORAH A. BARNES AND DIVISIDERO 99 CENT PLUS STORE, | ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANT AND SEIZURE WARRANT AFFIDAVIT |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 2525-43591, HELD IN THE NAME OF HERMAN KEESE, JR., | |
| ALL FUNDS MAINTAINED AT BANK OF AMERICA ACCOUNT NUMBER 38101854-4882, HELD IN THE NAME OF HERMAN KEESE AND DEBORAH BARNES, | |

| | |
|---|---|
| 1 | |
| 2 | 2008 CHEVROLET TOW TRUCK, VIN: 1GBE5C1908F412857, SOUTH CAROLINA LICENSE PLATE NUMBER: P400671, |
| 3 | |
| 4 | 2008 GMC TOW TRUCK, VIN: 1GDE5C1918F409165, SOUTH CAROLINA LICENSE PLATE NUMBER: P406276, |
| 5 | |
| 6 | |
| 7 | 2008 HARLEY DAVIDSON MOTORCYCLE, VIN: 1HD1FC4378Y636113, CALIFORNIA LICENSE PLATE NUMBER: 19N5809, |
| 8 | |
| 9 | 2011 HARLEY DAVIDSON MOTORCYCLE, VIN: 1HD1KH418BB658493, SOUTH CAROLINA LICENSE PLATE NUMBER: ZC37745, |
| 10 | |
| 11 | |
| 12 | 2006 DODGE RAM TRUCK, VIN: 3D7MX48C36G147958, SOUTH CAROLINA LICENSE PLATE NUMBER: HAS984, |
| 13 | |
| 14 | DEFENDANTS. |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrants and seizure warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: 6/15/12

DALE A. DROZD
United States Magistrate Judge